Heart of Dixie member, negligently allowed Swanson to operate the vehicle. (R.3–62 at 17, 22, 36–37.) Because PCA had a duty to exercise reasonable care to safeguard the Porsche, and it was negligent in performing that duty, it is liable to Romano. *See Southern Garage Co. v. Brown,* 187 Ala. 484, 65 So. 400, 401 (1914).

Because Romano filed no notice of appeal, we lack jurisdiction to entertain his arguments regarding the damages award. *Sizzler Family Steak Houses v. Western Sizzlin Steak House, Inc.,* 793 F.2d 1529, 1541 (11th Cir.1986) (citing Fed. R.App. P. 4(a)(3)).

AFFIRMED.

**NATIONAL VIATICAL, INC.,**
**Plaintiff–Appellant,**

**Grover T. Mitchell, Doris E. Mitchell,**
**Interested Parties–Appellants,**

v.

**Hon. John OXENDINE, individually and in his official capacity as Insurance Commissioner of Georgia, Defendant–Appellee.**

No. 06–12951.

United States Court of Appeals,
Eleventh Circuit.

March 29, 2007.

Tammy A. Bouchelle, Schiff Hardin LLP, Atlanta, GA, for Plaintiff–Appellant.

Marc Celello, Celello Law Group, LLC, Michael K. Wolensky, Schiff Hardin LLP,

Atlanta, GA, for Interested Parties–Appellants.

Amy C.M. Burns, Georgia Department of Law, Sidney Ray Barrett, Jr., Office of the Attorney General, Atlanta, GA, for Defendant–Appellee.

Before DUBINA and COX, Circuit Judges, and SCHLESINGER,* District Judge.

PER CURIAM:

The judgment of the district court is affirmed. *See Western & Southern Life Ins. Co. v. State Bd. of Equalization,* 451 U.S. 648, 653, 101 S.Ct. 2070, 2075, 68 L.Ed.2d 514 (1981).

AFFIRMED.[1]

**Stacey TATROE, Plaintiff–Appellee,**

v.

**Tony WHEELER, Individually and in his Official Capacity as Manager of the Cobb County 9–1–1 Communications Bureau, Defendant–Appellant.**

No. 06–12184.

United States Court of Appeals,
Eleventh Circuit.

March 29, 2007.

George Weaver, Hollberg & Weaver, LLP, Atlanta, GA, Mark A. Adelman, Deb-

---

* Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.

1. The Appellee's Motion for Award of Rule 38 Sanctions is DENIED.